STATE OF INDIANA EX REL. WILSON *v.* WHITE, SPECIAL JUDGE, HAMILTON CIRCUIT COURT.

[No. 0-441.   Filed April 18, 1956.]

*Lloyd Wilson, pro se.*

PER CURIAM.—Petitioner, by his verified petition, seeks an alternative writ of mandamus directed to the respondent. The petition fails to set out or make exhibits thereto certified copies of all pleadings, orders and entries pertaining to the subject matter as required by Rule 2-35, so it is fatally defective.

Petition denied.

NOTE.—Reported in 133 N. E. 2d 721.

STATE EX REL. GRIFFITH *v.* NICHOLS, JUDGE, JEFFERSON CIRCUIT COURT.

[No. 0-444.   Filed May 4, 1956.]

*William Griffith, pro se.*

PER CURIAM.—This petition, which seeks an alternative writ of mandamus, must be denied for failure to comply with Rule 2-35 as to certified copies of pleadings, orders and entries in the lower court. *Lester* v. *Grant Circuit Court* (1948), 226 Ind. 186, 78 N. E. 2d 785.

Petition denied.

NOTE.—Reported in 134 N. E. 2d 55.